No. 10–803. BANJO *v.* CULLEN, ACTING WARDEN. C. A. 9th Cir. Certiorari denied. 

No. 10–838. PACIFIC BELL TELEPHONE CO., DBA AT&T CALIFORNIA *v.* CALIFORNIA PUBLIC UTILITIES COMMISSION ET AL. C. A. 9th Cir. Certiorari denied. 

No. 10–929. DAUGAARD, GOVERNOR OF SOUTH DAKOTA, ET AL. *v.* YANKTON SIOUX TRIBE ET AL.;

No. 10–931. SOUTHERN MISSOURI RECYCLING AND WASTE MANAGEMENT DISTRICT *v.* YANKTON SIOUX TRIBE ET AL.;

No. 10–932. HEIN, STATE'S ATTORNEY, CHARLES MIX COUNTY, SOUTH DAKOTA, ET AL. *v.* YANKTON SIOUX TRIBE ET AL.; and

No. 10–1058. YANKTON SIOUX TRIBE ET AL. *v.* DAUGAARD, GOVERNOR OF SOUTH DAKOTA, ET AL. C. A. 8th Cir. Certiorari denied. 

No. 10–1044. STRICKLAND ET AL. *v.* CITY OF SEATTLE, WASHINGTON. C. A. 9th Cir. Certiorari denied. 

No. 10–1156. BURDINE *v.* WEISS, DIRECTOR, ARKANSAS DEPARTMENT OF FINANCE AND ADMINISTRATION. Sup. Ct. Ark. Certiorari denied. 

No. 10–1177. WYETH LLC ET AL. *v.* SCOFIELD ET AL. Sup. Ct. Nev. Certiorari denied. 

No. 10–1226. ANTONIO RODRIGUEZ *v.* FEDEX FREIGHT EAST, INC. C. A. 6th Cir. Certiorari denied. 

No. 10–1254. PARKER *v.* RICHMOND COUNTY BOARD OF EDUCATION. C. A. 11th Cir. Certiorari denied. 

No. 10–1256. CHAN *v.* LUND ET AL. Ct. App. Cal., 6th App. Dist. Certiorari denied. 

No. 10–1263. BRYSON *v.* OKLAHOMA CITY, OKLAHOMA, ET AL. C. A. 10th Cir. Certiorari denied.